NO. 07-11-0323-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL D

 APRIL 27, 2012
 ______________________________

 JENNIFER BROOKE HODGES,

 Appellant

 v.

 THE STATE OF TEXAS, 

 Appellee
 _______________________________
 
 FROM THE 320th DISTRICT COURT OF POTTER COUNTY;

 NO. 62, 342-D; HON. DON EMERSON, PRESIDING
 _______________________________
 
 On Motion to Dismiss
 _______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Jennifer Brooke Hodges, by and through her attorney, has filed a motion to dismiss her appeal, signed by appellant, because she no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Do not publish. Per Curiam